UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IRMA I. DEHUELVES and MOISES M. MOREJON,

    Plaintiffs,

v.

SERGIO R. DEHUELBES,

    Defendant.

_____/

Case No. 1:19-cv-692

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiffs filed this lawsuit on August 26, 2019. The Magistrate Judge conducted an initial review pursuant to 28 U.S.C. § 1915(e)(2), and issued a Report and Recommendation on September 6, 2019, recommending that this Court dismiss the case. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 7) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Plaintiffs' complaint is DISMISSED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007). Should Plaintiffs appeal this decision, the Court will assess the $505.00 appellate filing fee pursuant to § 1915(b)(1), *see McGore*, 144 F.3d at 610-11.

A Judgment will be entered consistent with this Order.


Dated: September 27, 2019 /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge